O'MARA et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department.

July 24, 1906.) Action by Johanna O'Mara and Patrick H. Scott, as administratrix and administrator, etc., of Michael O'Mara, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs.